JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROY YIUN, | CV 19-2292 PA (FFMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| CHIPOTLE MEXICAN GRILL, INC., et al., | |
| Defendants. | |

Pursuant to the Court's September 26, 2019 Minute Order dismissing this action for failure to comply with the Court's orders,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: September 26, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE